UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

MATTHEW S. MILLER,

       Plaintiff,                                    Case No. 1:10-cv-498

v.                                                  Hon. Janet T. Neff

LINCOLN FINANCIAL GROUP,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 15), is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss the Complaint (Dkt 11) is **GRANTED** and Plaintiff's complaint is **DISMISSED** for the reason stated in the Report and Recommendation.


Dated: July 14, 2010                                                  /s/Janet T. Neff
                                                                     Janet T. Neff
                                                                     United States District Judge